# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: John Ray White | Reporter: G. Power |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: M. Johnson |
| **STANLEY MATTIX** | |
| counsel: Bruce Eddy | |
| counsel: | Date: April 22, 2008 |
| | CASE NO: 4:02CR00096-01-WRW |

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 10:34 a.m.**                                                                                    **End: 11:00 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; BOP 11 MONTHS; residential substance abuse treatment; mental health counseling, education and vocation programs at BOP; no supervised release to follow; deft to report by 2:00 p.m., Tuesday, 5/27/2008; court to recommend Forrest City FCI.**

**Court in recess.**

CourthearingMinutes.Revo.wpd