IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                           4:02CR00096-01-WRW

STANLEY M. MATTIX

## AMENDED AND SUBSTITUTED
## JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 11 Months on each count to run concurrent at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential substance abuse treatment, mental health, vocational and educational programs during incarceration. The Court recommends Mr. Mattix be placed at the BOP facility in Forrest City, Arkansas. The defendant is to report to the designated Bureau of Prisons facility by 2:00 p.m. on Tuesday, May 27, 2008.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 22nd day of April, 2008.

                                                      /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE

supvrl2.Mattix.wpd